1 | ANDREW L. PACKARD (Bar No. 168690)
    MICHAEL P. LYNES (Bar No. 230462)
2 | Law Offices of Andrew L. Packard
    319 Pleasant Street
3 | Petaluma, CA 94952
    Telephone:   (707) 763-7227
4 | Facsimile:    (415) 763-9227

5 | Attorneys for Plaintiff
    California Sportfishing Protection Alliance
6 |
7 | HEIDI A. TIMKEN (Bar No. 159731)
    KI YUN HWANG (Bar No. 197732)
    TIMKEN JOHNSON HWANG
8 | A Professional Law Group LLP
    500 Ygnacio Valley Road, Suite 360
9 | Walnut Creek, CA 94596
    Telephone:   (925) 945-6211
10 | Facsimile:   (925) 945-7811

11 | Attorneys for Defendant
     Trench Plate Rental Company
12 |

13 |                UNITED STATES DISTRICT COURT

14 |                NORTHERN DISTRICT OF CALIFORNIA

15 |

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>TRENCH PLATE RENTAL COMPANY, a corporation,<br><br>Defendant. | Case No. C-07-4130-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

/ / /

/ / /

-1-

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS

TPRC10080.1664

1 | The parties agree to participate in the following ADR process:

2 | **Court Process:**

3 | Mediation (ADR Local Rule 6)

4 | The parties agree to hold the ADR session by the presumptive deadline (*the deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered*).

Dated: October 25, 2007

ANDREW L. PACKARD
MICHAEL P. LYNES
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated: October 25, 2007

HEIDI A. TIMKEN
KI YUN HWANG
Attorneys for Defendant
Trench Plate Rental Company

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the above-captioned matter is hereby referred to:

    Mediation

Deadline for ADR session is:

    90 days from the date of this order

IT IS SO ORDERED.


Dated: _____, 2007

                                              UNITED STATES MAGISTRATE JUDGE