1  HEIDI A. TIMKEN (Bar No. 159731)
   KI YUN HWANG (Bar No. 197732)
2  TIMKEN JOHNSON HWANG
   A Professional Law Group LLP
3  500 Ygnacio Valley Road, Suite 360
   Walnut Creek, CA  94596
4  Telephone:    (925) 945-6211
   Facsimile:     (925) 945-7811
5
   Attorneys for Defendant
6  Trench Plate Rental Company

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10
11  CALIFORNIA SPORTFISHING           Case No. C-07-4130-CRB
    PROTECTION ALLIANCE, a non-profit
    corporation,                      **ADR CERTIFICATION**
12
                Plaintiff,
13
       v.
14
    TRENCH PLATE RENTAL COMPANY,
15  a corporation,

16              Defendant.

17

18

19       Pursuant to Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b), each of the undersigned

20  certifies that he or she has:

21       (1)   read the handbook entitled "Dispute Resolution Procedures in the Northern

22             District of California";

23       (2)   discussed the available dispute resolution options provided by the Court and

24             private entities; and

25  / / /

26  / / /

27  / / /

28
                                          -1-
                                   ADR CERTIFICATION

TPRC10080.1661

-2-

  (3)  considered whether this case might benefit from any of the available dispute resolution options.

Dated: October ___, 2007    TRENCH PLATE RENTAL COMPANY

By: _____
   AL HUGGANS

Dated: October 26, 2007    TIMKEN JOHNSON HWANG LLP

By: _____
HEIDI A. TIMKEN
KI YUN HWANG
Attorneys for Defendant
Trench Plate Rental Company

(3) considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 25TH, 2007  TRENCH PLATE RENTAL COMPANY

By: /s/ Al Huggans
AL HUGGANS

Dated: October ___, 2007  TIMKEN JOHNSON HWANG LLP

By: _____
HEIDI A. TIMKEN
KI YUN HWANG
Attorneys for Defendant
Trench Plate Rental Company

-2-
ADR CERTIFICATION

TPRC10080.1661