1  HEIDI A. TIMKEN (Bar No. 159731)
   KI YUN HWANG (Bar No. 197732)
2  TIMKEN JOHNSON HWANG
   A Professional Law Group LLP
3  500 Ygnacio Valley Road, Suite 360
   Walnut Creek, California  94596
4  Telephone:    (925) 945-6211
   Facsimile:    (925) 945-7811
5
   Attorneys for Defendant
6  Trench Plate Rental Company

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | CALIFORNIA SPORTFISHING        | Case No.  C-07-4130-CRB
   | PROTECTION ALLIANCE, a non-profit |
11 | corporation,                    | **PROOF OF SERVICE**
   |                                 |
12 |         Plaintiff,              |
   |                                 |
13 | v.                              |
   |                                 |
14 | TRENCH PLATE RENTAL             |
   | COMPANY, a corporation,         |
15 |                                 |
   |         Defendant.              |
16

17

18

...

28

TPRC 10080.1668                    -1-

PROOF OF SERVICE

## PROOF OF SERVICE

*California Sportfishing Protection Alliance v. Trench Plate Rental Company.*
United States District Court, Northern District of California No.: C-07-4130-CRB

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Ygnacio Valley Blvd., Suite 360, Walnut Creek, CA 94596. On this date, I served the within documents:

- **ADR CERTIFICATION**

- **PROOF OF SERVICE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

**SEE ATTACHED SERVICE LIST**

| | | |
|---|---|---|
| ☐ | **BY MAIL:** | I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter data is more than one day after date of deposit for mailing in affidavit. |
| ☐ | **VIA HAND DELIVERY:** | I caused such envelope, to be hand delivered to the stated parties. |
| ☐ | **VIA EXPRESS CARRIER:** | I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties. |
| ☒ | **VIA ELECTRONIC SERVICE** | I caused a true and correct copy of such document(s) to be electronically served on counsel of record by transmission to the U.S. District Court, Northern District PACER ECF system. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2007 at Walnut Creek, California.

_____
Johanne Garland

TPRC 10080.1668

-2-

PROOF OF SERVICE

## SERVICE LIST

*California Sportfishing Protection Alliance v. Trench Plate Rental Company.*
United States District Court, Northern District of California No.: C-07-4130-CRB

| Andrew L. Packard<br>Michael Lynes<br>Law Offices of Andrew L. Packard<br>319 Pleasant Street<br>Petaluma, CA 94957<br>E-mail: andrew@packardlawoffices.com | Attorneys for Plaintiff California Sportfishing Alliance, a non-profit corporation | T:<br>**F:** | (707) 763-7227<br>**(415) 763-9227** |
|---|---|---|---|

TPRC 10080.1667