1 | ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
2 | Law Offices of Andrew L. Packard
319 Pleasant Street
3 | Petaluma, CA 94952
Telephone:  (707) 763-7227
4 | Facsimile:  (415) 763-9227

5 | Attorneys for Plaintiff
California Sportfishing Protection Alliance
6
HEIDI A. TIMKEN (Bar No. 159731)
7 | KI YUN HWANG (Bar No. 197732)
TIMKEN JOHNSON HWANG
8 | A Professional Law Group LLP
500 Ygnacio Valley Road, Suite 360
9 | Walnut Creek, CA 94596
Telephone:  (925) 945-6211
10 | Facsimile:  (925) 945-7811

11 | Attorneys for Defendant
Trench Plate Rental Company
12

13 | UNITED STATES DISTRICT COURT

14 | NORTHERN DISTRICT OF CALIFORNIA

15

16 | CALIFORNIA SPORTFISHING | Case No. C-07-4130-CRB
PROTECTION ALLIANCE, a non-profit
17 | corporation, | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**
18 | Plaintiff,
19 | v.
20 | TRENCH PLATE RENTAL COMPANY,
a corporation,
21 | Defendant.
22

23

24

25 | Counsel report that they have met and conferred regarding ADR and have reached the

26 | following stipulation pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5:

27 | ///

28 | ///

-1-

STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS

TPRC10080.1664

1     The parties agree to participate in the following ADR process:

2     **Court Process:**

3         Mediation (ADR Local Rule 6)

4     The parties agree to hold the ADR session by the presumptive deadline (*the deadline is 90*

5 *days from the date of the order referring the case to an ADR process unless otherwise ordered*).

7 Dated: October 25, 2007

ANDREW L. PACKARD
MICHAEL P. LYNES
Attorneys for Plaintiff
California Sportfishing Protection Alliance

11 Dated: October 25, 2007

HEIDI A. TIMKEN
KI YUN HWANG
Attorneys for Defendant
Trench Plate Rental Company

-2-
STIPULATION AND PROPOSED ORDER SELECTING ADR PROCESS

TPRC10080.1664

1
## [PROPOSED] ORDER

2   Pursuant to the Stipulation above, the above-captioned matter is hereby referred to:

3   Mediation

4   Deadline for ADR session is:

5   90 days from the date of this order

6  IT IS SO ORDERED.

7

8  Dated: __October 26__, 2007

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*