| Attorney or Party without Attorney:<br>ANDREW L. PACKARD, Bar #168690<br>Law Offices Of: ANDREW L. PACKARD<br>319 PLEASANT STREET<br>PETALUMA, CA 94952<br>Telephone No: 707-763-7227   FAX No: 415-763-9227 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA |
| Plaintiff: CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, ETC. |
| Defendant: TRENCH PLATE RENTAL COMPANY, ETC. |

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C074130 CRB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING CASE MANAGEMENT CONFERENCE; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA.

3. a. Party served:             TRENCH PLATE RENTAL COMPANY, A CORPORATION
   b. Person served:            THOMAS A FELDMAR, AUTHORIZED TO ACCEPT.

4. Address where the party was served:    13217 LAURELDALE AVE.
                                           DOWNEY, CA 90242

5. I served the party:
   b. **by substituted service.** On: Mon., Oct. 22, 2007 at: 4:00PM by leaving the copies with or in the presence of:
      TERESSA SAMAMIEGO, PERSON IN CHARGE.
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. CHARLES CORY

   First Legal Support Services sm
   ATTORNEY SERVICES
   1511 BEVERLY BOULEVARD
   Los Angeles, CA 90026
   (213) 250-1111, FAX (213) 250-1197

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:   5137
      (iii) County:            Los Angeles

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Tue, Oct. 23, 2007

(CHARLES CORY)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

3935577.anpla.93215

| Attorney or Party without Attorney:<br>ANDREW L. PACKARD, Bar #168690<br>Law Offices Of: ANDREW L. PACKARD<br>319 PLEASANT STREET<br>PETALUMA, CA 94952 | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: 707-763-7227    FAX No: 415-763-9227 | | | | |
| Attorney for: Plaintiff | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court:<br>U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | | | | |
| Plaintiff: CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, ETC. | | | | |
| Defendant: TRENCH PLATE RENTAL COMPANY, ETC. | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C074130 CRB |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the SUMMONS IN A CIVIL CASE; COMPLAINT; ECF REGISTRATION INFORMATION HANDOUT; ORDER SETTING CASE MANAGEMENT CONFERENCE; DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Tue., Oct. 23, 2007
   b. Place of Mailing:         LOS ANGELES, CA 90026
   c. Addressed as follows:     TRENCH PLATE RENTAL COMPANY, A CORPORATION
                                13217 LAURELDALE AVE.
                                DOWNEY, CA 90242

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Tue., Oct. 23, 2007 in the ordinary course of business.

5. Person Serving:
   a. Thomas Tilcock
   b. FIRST LEGAL SUPPORT
      1511 WEST BEVERLY BLVD
      LOS ANGELES, CA 90026
   c. 213-250-1111

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:
   e. I am: Not a Registered California Process Server

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Tue, Oct. 23, 2007

   (Thomas Tilcock)

Judicial Council Form
Rule 982.9.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE
                                                         By Mail                                3935577.anpla.93215