**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,

    Plaintiff,

v.

TRENCH PLATE RENTAL,

    Defendant.
_____/

No. C 07-04130 CRB

**Clerk's Notice**

YOU ARE NOTIFIED THAT the Court has rescheduled the initial case management conference for Friday, December 14, 2007 at 8:30 a.m. before the Honorable Charles R. Breyer.  The case management statement to be filed on or about November 30, 2007

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: November 6, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____
    Barbara Espinoza
    Courtroom Deputy