ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Telephone:   (707) 763-7227
Facsimile:   (415) 763-9227

Attorneys for Plaintiff
California Sportfishing Protection Alliance

HEIDI A. TIMKEN (Bar No. 159731)
KI YUN HWANG (Bar No. 197732)
TIMKEN JOHNSON HWANG
A Professional Law Group LLP
500 Ygnacio Valley Road, Suite 360
Walnut Creek, CA 94596
Telephone:   (925) 945-6211
Facsimile:   (925) 945-7811

Attorneys for Defendant
Trench Plate Rental Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>             Plaintiff,<br><br>     v.<br><br>TRENCH PLATE RENTAL COMPANY, a corporation,<br><br>             Defendant. | Case No. C-07-4130-CRB<br><br>**STIPULATION TO EXTEND DEFENDANT TRENCH PLATE RENTAL COMPANY'S TIME TO ANSWER**<br><br>**(Local Rule 6-1(a))** |

Pursuant to Local Rule 6-1(a), plaintiff California Sportfishing Protection Alliance ("CSPA") and defendant Trench Plate Rental Company ("Trench Plate") stipulate to extend

/ / /

/ / /

-1-

STIPULATION RE ANSWER

TPRC10080.1770

-2-

1  Trench Plate's time to answer CSPA's Complaint to November 30, 2007.

2

3

4  Dated: November 13, 2007

                                   ANDREW L. PACKARD
                                   MICHAEL P. LYNES

5                                     Attorneys for Plaintiff
                                   California Sportfishing Protection Alliance

6

7  Dated: November 13, 2007

8                                     HEIDI A. TIMKEN
                                   KI YUN HWANG

9                                     Attorneys for Defendant
                                   Trench Plate Rental Company

-2-
STIPULATION RE ANSWER

TPRC10080.1770

1  Trench Plate's time to answer CSPA's Complaint to November 30, 2007.

3  Dated: November 13, 2007

                                                    ANDREW L. PACKARD
                                                    MICHAEL P. LYNES
                                                    Attorneys for Plaintiff
                                                    California Sportfishing Protection Alliance

Dated: November 13, 2007

                                                    HEIDI A. TIMKEN
                                                    KI YUN HWANG
                                                    Attorneys for Defendant
                                                    Trench Plate Rental Company

## PROOF OF SERVICE

*California Sportfishing Protection Alliance v. Trench Plate Rental Company.*
**U.S.D.C., Northern District Court No.: 3:07-cv-04130-CRB**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Ygnacio Valley Blvd., Suite 360, Walnut Creek, CA 94596. On this date, I served the within documents:

- **STIPULATION TO EXTEND DEFENDANT TRENCH PLATE RENTAL COMPANY'S TIME TO ANSWER**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*SEE ATTACHED SERVICE LIST*

| | | |
|---|---|---|
| ☐ | **BY MAIL:** | I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter data is more than one day after date of deposit for mailing in affidavit. |
| ☐ | **VIA HAND DELIVERY:** | I caused such envelope, to be hand delivered to the stated parties. |
| ☐ | **VIA EXPRESS CARRIER:** | I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties. |
| ☒ | **VIA ELECTRONIC SERVICE** | I caused a true and correct copy of such document(s) to be electronically served on counsel of record by transmission to the U.S. District Court, Northern District PACER ECF system. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 13, 2007 at Walnut Creek, California.

_____
Johanne Garland

TPRC 10080.1777                    -2-

PROOF OF SERVICE