1   ANDREW L. PACKARD (Bar No. 168690)
    MICHAEL P. LYNES (Bar No. 230462)
2   Law Offices of Andrew L. Packard
    319 Pleasant Street
3   Petaluma, CA  94952
    Telephone:     (707) 763-7227
4   Facsimile:     (415) 763-9227

5   Attorneys for Plaintiff
    California Sportfishing Protection Alliance
6
    HEIDI A. TIMKEN (Bar No. 159731)
7   KI YUN HWANG (Bar No. 197732)
    TIMKEN JOHNSON HWANG
8   A Professional Law Group LLP
    500 Ygnacio Valley Road, Suite 360
9   Walnut Creek, CA  94596
    Telephone:    (925) 945-6211
10  Facsimile:     (925) 945-7811

11  Attorneys for Defendant
    Trench Plate Rental Company
12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15

16  CALIFORNIA SPORTFISHING                Case No. C-07-4130-CRB
    PROTECTION ALLIANCE, a non-profit
17  corporation,                           **STIPULATION AND [PROPOSED]
                                           ORDER RESCHEDULING THE FILING
18            Plaintiff,                    DATE OF RULE 26(f) INITIAL
                                           DISCLOSURES CONSISTENT WITH THE
19      v.                                  COURT'S NOVEMBER 6, 2007 NOTICE
                                           RESCHEDULING THE INITIAL CASE
20  TRENCH PLATE RENTAL COMPANY,            MANAGEMENT CONFERENCE**
    a corporation,
21
              Defendant.
22

23

24

25          Plaintiff California Sportfishing Protection Alliance ("CSPA") and defendant Trench Plate

26  Rental Company ("Trench Plate") stipulate to reschedule the last day to file Rule 26(f) Reports

27  from November 9, 2007 to November 30, 2007 based on the following facts:

28

                                          -1-

TPRC10080.1710

1        1.      On August 10, 2007, the Court issued its Order Setting Initial Case Management

2   Conference and ADR Deadlines.  The Order set November 9, 2007 as the last day to file Rule

3   26(f) Initial Disclosures and the Joint Case Management Statement.  The Order also set the initial

4   case management conference for November 16, 2007.

5        2.      On November 6, 2007, the Court rescheduled the initial case management

6   conference from November 16, 2007 to December 14, 2007.  The Court also rescheduled the last

7   day to file the Joint Case Management Statement from November 9, 2007 to November 30, 2007.

8        3.      Rescheduling Rule 26(f) Initial Disclosures from November 9, 2007 to November

9   30, 2007 will make the deadline consistent with the Court's November 6, 2007 notice and will

10   also promote judicial economy by allowing the parties an opportunity to further confer about

11   discovery issues relevant to both the initial disclosures and the joint case management statement.

12   The parties have stipulated that documents identified in their initial disclosures will be mailed on

13   or before November 30, 2007.

14   Dated:  November ___, 2007

                                    _____

15                                     ANDREW L. PACKARD
                                     MICHAEL P. LYNES

16                                     Attorneys for Plaintiff
                                     California Sportfishing Protection Alliance

17

18   Dated:  November _8_, 2007             _____

19                                       HEIDI A. TIMKEN
                                     KI YUN HWANG

20                                       Attorneys for Defendant
                                       Trench Plate Rental Company

21

22

23

24

25

26

27

28

-2-

TPRC10080.1710

1        1.     On August 10, 2007, the Court issued its Order Setting Initial Case Management

2   Conference and ADR Deadlines. The Order set November 9, 2007 as the last day to file Rule

3   26(f) Initial Disclosures and the Joint Case Management Statement. The Order also set the initial

4   case management conference for November 16, 2007.

5        2.     On November 6, 2007, the Court rescheduled the initial case management

6   conference from November 16, 2007 to December 14, 2007. The Court also rescheduled the last

7   day to file the Joint Case Management Statement from November 9, 2007 to November 30, 2007.

8        3.     Rescheduling Rule 26(f) Initial Disclosures from November 9, 2007 to November

9   30, 2007 will make the deadline consistent with the Court's November 6, 2007 notice and will

10  also promote judicial economy by allowing the parties an opportunity to further confer about

11  discovery issues relevant to both the initial disclosures and the joint case management statement.

12  The parties have stipulated that documents identified in their initial disclosures will be mailed on

13  or before November 30, 2007.

14  Dated: November _8_, 2007

                         ANDREW L. PACKARD

15                           MICHAEL P. LYNES

                         Attorneys for Plaintiff

16                           California Sportfishing Protection Alliance

17

18  Dated: November ___, 2007

19                           HEIDI A. TIMKEN

                         KI YUN HWANG

20                           Attorneys for Defendant

                         Trench Plate Rental Company

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER RE INITIAL DISCLOSURES

TPRC10080.1710

TOTAL P.02

1                              [PROPOSED] ORDER

2          Pursuant to the Stipulation above, the last day to file Rule 26(f) Reports is rescheduled

3     from November 9, 2007 to November 30, 2007.

4          IT IS SO ORDERED.

5

6     Dated:  November 15 , 2007                    _____

7                                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                 -3-

TPRC10080.1710

## PROOF OF SERVICE

*California Sportfishing Protection Alliance v. Trench Plate Rental Company.*
**U.S.D.C., Northern District Court No.:  3:07-cv-04130-CRB**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Ygnacio Valley Blvd., Suite 360, Walnut Creek, CA  94596.  On this date, I served the within documents:

**STIPULATION AND [PROPOSED] ORDER RESCHEDULING THE FILING DATE OF RULE 26(f) INTIIAL DISCLOSURES CONSISTENT WITH THE COURT'S NOVEMBER 6, 2007 NOTICE RESCHEDULING THE INITIAL CASE MANAGEMENT CONFERENCE**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*SEE ATTACHED SERVICE LIST*

| | | |
|---|---|---|
| ☐ | **BY MAIL:** | I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter data is more than one day after date of deposit for mailing in affidavit. |
| ☐ | **VIA HAND DELIVERY:** | I caused such envelope, to be hand delivered to the stated parties. |
| ☐ | **VIA EXPRESS CARRIER:** | I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties. |
| ☒ | **VIA ELECTRONIC SERVICE** | I caused a true and correct copy of such document(s) to be electronically served on counsel of record by transmission to the U.S. District Court, Northern District ECF/PACER system. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 8, 2007 at Walnut Creek, California.

_____
Lisa White

TPRC 10080.1728

PROOF OF SERVICE

## SERVICE LIST

***California Sportfishing Protection Alliance v. Trench Plate Rental Company.***
U.S.D.C., Northern District Court No.:  3:07-cv-04130-CRB

| Andrew L. Packard<br>Michael P. Lynes<br>Law Offices of Andrew L. Packard<br>319 Pleasant Street<br>Petaluma, CA 94957<br>andrew@packardlawoffices.com<br>michael@packardlawoffices.com | Attorneys for Plaintiff<br>California Sportfishing<br>Alliance, a nonprofit<br>corporation | T:<br>**F:** | (707) 763-7227<br>**(415) 763-9227** |
|---|---|---|---|

TPRC 10080.1667