ANDREW L. PACKARD (Bar No. 168690)
MICHAEL P. LYNES (Bar No. 230462)
Law Offices of Andrew L. Packard
319 Pleasant Street
Petaluma, CA 94952
Telephone:    (707) 763-7227
Facsimile:    (415) 763-9227

Attorneys for Plaintiff
California Sportfishing Protection Alliance

HEIDI A. TIMKEN (Bar No. 159731)
KI YUN HWANG (Bar No. 197732)
TIMKEN JOHNSON HWANG
A Professional Law Group LLP
500 Ygnacio Valley Road, Suite 360
Walnut Creek, CA 94596
Telephone:    (925) 945-6211
Facsimile:    (925) 945-7811

Attorneys for Defendant
Trench Plate Rental Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>TRENCH PLATE RENTAL COMPANY, a corporation,<br><br>        Defendant. | Case No. C-07-4130-CRB<br><br>**STIPULATION TO EXTEND DEFENDANT TRENCH PLATE RENTAL COMPANY'S TIME TO ANSWER**<br><br>**(Local Rule 6-1(a))** |

Pursuant to Local Rule 6-1(a), plaintiff California Sportfishing Protection Alliance ("CSPA") and defendant Trench Plate Rental Company ("Trench Plate") stipulate to extend

/ / /

/ / /

-1-

STIPULATION RE ANSWER

TPRC10080.1770

-2-

1   Trench Plate's time to answer CSPA's Complaint to November 30, 2007.

2

3

4   Dated: November 13, 2007

                                                 ANDREW L. PACKARD
                                                 MICHAEL P. LYNES
                                                 Attorneys for Plaintiff
                                                 California Sportfishing Protection Alliance

Dated: November 13, 2007

                                                 HEIDI A. TIMKEN
                                                 KI YUN HWANG
                                                 Attorneys for Defendant
                                                 Trench Plate Rental Company

Trench Plate's time to answer CSPA's Complaint to November 30, 2007.

Dated: November 13, 2007

ANDREW L. PACKARD
MICHAEL P. LYNES
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated: November 13, 2007

HEIDI A. TIMKEN
KI YUN HWANG
Attorneys for Defendant
Trench Plate Rental Company

November 15, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION RE ANSWER

TPRC10080.1770