1  ANDREW L. PACKARD (Bar No. 168690)
   MICHAEL P. LYNES (Bar No. 230462)
2  Law Offices of Andrew L. Packard
   319 Pleasant Street
3  Petaluma, CA  94952
   Telephone:   (707) 763-7227
4  Facsimile:   (415) 763-9227

5  Attorneys for Plaintiff
   California Sportfishing Protection Alliance
6
   HEIDI A. TIMKEN (Bar No. 159731)
7  KI YUN HWANG (Bar No. 197732)
   TIMKEN JOHNSON HWANG
8  A Professional Law Group LLP
   500 Ygnacio Valley Road, Suite 360
9  Walnut Creek, CA  94596
   Telephone:   (925) 945-6211
10 Facsimile:   (925) 945-7811

11 Attorneys for Defendant
   Trench Plate Rental Company
12

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 | CALIFORNIA SPORTFISHING          | Case No. C-07-4130-CRB
17 | PROTECTION ALLIANCE, a non-profit |
   | corporation,                      | **STIPULATION TO EXTEND DEFENDANT
18 |                                   | TRENCH PLATE RENTAL COMPANY'S
   |            Plaintiff,             | TIME TO ANSWER**
19 |                                   |
   |    v.                             | **(Local Rule 6-1(a))**
20 |                                   |
   | TRENCH PLATE RENTAL COMPANY,      |
21 | a corporation,                    |
   |                                   |
22 |            Defendant.             |

23

24

25         Pursuant to Local Rule 6-1(a), plaintiff California Sportfishing Protection Alliance

26 ("CSPA") and defendant Trench Plate Rental Company ("Trench Plate") stipulate to extend

27 ///

28 ///

-2-

1  Trench Plate's time to answer CSPA's Complaint to November 30, 2007.

2

3

4  Dated: November 13, 2007

                                              ANDREW L. PACKARD
                                              MICHAEL P. LYNES
                                              Attorneys for Plaintiff
                                              California Sportfishing Protection Alliance

Dated: November 13, 2007

                                              HEIDI A. TIMKEN
                                              KI YUN HWANG
                                              Attorneys for Defendant
                                              Trench Plate Rental Company

STIPULATION RE ANSWER

TPRC10080.1770

1 | Trench Plate's time to answer CSPA's Complaint to November 30, 2007.

Dated: November 13, 2007

ANDREW L. PACKARD
MICHAEL P. LYNES
Attorneys for Plaintiff
California Sportfishing Protection Alliance

Dated: November 13, 2007

HEIDI A. TIMKEN
KI YUN HWANG
Attorneys for Defendant
Trench Plate Rental Company

November 15, 2007

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

STIPULATION RE ANSWER

TPRC10080.1770