1  JASON M. BOOTH (Bar No. 143437)
   Dongell Lawrence Finney
2  707 Wilshire Boulevard
   Los Angeles, CA 90017
3  Tel.: 213-943-6100
   Fax: 213-943-6101
4  jbooth@dlflawyers.com

5  Attorneys for Defendant
   TRENCH PLATE RENTAL COMPANY
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 CALIFORNIA SPORTFISHING              Case No. 3:07-cv-04130-CRB
   PROTECTION ALLIANCE, a non-profit
11 corporation,                         **SUBSTITUTION OF ATTORNEYS**

12         Plaintiff,

13     v.

14 TRENCH PLATE RENTAL COMPANY,
   a corporation,
15
           Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS

TPRC 10080.1813

1  Defendant Trench Plate Rental Company ("Trench Plate") hereby substitutes the law firm
2  DONGELL LAWRENCE FINNEY, 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA
3  90017, (213) 943-6100 and Jason M. Booth, Esq., as its counsel of record instead and in place of
4  Heidi A. Timken and Ki Yun Hwang, Timken Johnson Hwang LLP, 500 Ygnacio Valley Road,
5  Suite 360, Walnut Creek, CA 94569, (925) 945-6211.
6  All further communication and documents in this matter should be directed to
7  Jason M. Booth at the address listed above.
8  Dated: November 19, 2007

HEIDI A. TIMKEN
KI YUN HWANG
Attorneys for Defendant
TRENCH PLATE RENTAL COMPANY

12  Dated: November 19, 2007

JASON M. BOOTH
Attorneys for Defendant
TRENCH PLATE RENTAL COMPANY

16  Dated: November ___, 2007

JODIE C. WHITE, JR.
General Manager
TRENCH PLATE RENTAL COMPANY

- 1 -

SUBSTITUTION OF ATTORNEYS

TPRC 10080.1813

| | |
|---|---|
| 1 | Defendant Trench Plate Rental Company ("Trench Plate") hereby substitutes the law firm |
| 2 | DONGELL LAWRENCE FINNEY, 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA |
| 3 | 90017, (213) 943-6100 and Jason M. Booth, Esq., as its counsel of record instead and in place of |
| 4 | Heidi A. Timken and Ki Yun Hwang, Timken Johnson Hwang LLP, 500 Ygnacio Valley Road, |
| 5 | Suite 360, Walnut Creek, CA 94569, (925) 945-6211. |

All further communication and documents in this matter should be directed to Jason M. Booth at the address listed above.

Dated: November ___, 2007

HEIDI A. TIMKEN
KI YUN HWANG
Attorneys for Defendant
TRENCH PLATE RENTAL COMPANY

Dated: November ___, 2007

JASON M. BOOTH
Attorneys for Defendant
TRENCH PLATE RENTAL COMPANY

Dated: November 19, 2007

JODIE C. WHITE, JR.
General Manager
TRENCH PLATE RENTAL COMPANY

- 1 -
SUBSTITUTION OF ATTORNEYS

TPRC 10080.1813

## PROOF OF SERVICE

***California Sportfishing Protection Alliance v. Trench Plate Rental Company.***
**U.S.D.C., Northern District Court No.:  3:07-cv-04130-CRB**

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 500 Ygnacio Valley Blvd., Suite 360, Walnut Creek, CA  94596.  On this date, I served the within documents:

- **SUBSTITUTION OF ATTORNEYS**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

***SEE ATTACHED SERVICE LIST***

| | | |
|---|---|---|
| ☐ | **BY MAIL:** | I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. Postal service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter data is more than one day after date of deposit for mailing in affidavit. |
| ☐ | **VIA HAND DELIVERY:** | I caused such envelope, to be hand delivered to the stated parties. |
| ☐ | **VIA EXPRESS CARRIER:** | I caused such documents to be collected by an agent for _____ to be delivered to the offices of the stated parties. |
| ☒ | **VIA ELECTRONIC SERVICE** | I caused a true and correct copy of such document(s) to be electronically served on counsel of record by transmission to the U.S. District Court, Northern District PACER ECF system. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on November 19, 2007 at Walnut Creek, California.

_____
Johanne Garland

TPRC 10080.1823                                              -2-

PROOF OF SERVICE