| | |
|---|---|
| 1 | DONGELL LAWRENCE FINNEY LLP |
| 2 | JASON M. BOOTH (SBN 143437)<br>(mbooth@dlflawyers.com) |
| 3 | HILLARY ARROW BOOTH (SBN 125936)<br>(hbooth@dlflawyers.com) |
| 4 | 707 Wilshire Boulevard, 45th Floor<br>Los Angeles, CA  90017-3609 |
| 5 | Telephone:  (213) 943-6100<br>Facsimile:  (213) 943-6101 |
| 6 | Attorneys for Defendants |
| 7 | TRENCH PLATE RENTAL COMPANY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation,<br><br>           Plaintiff,<br><br>v.<br><br>TRENCH PLATE RENTAL COMPANY,<br>a corporation,<br><br>           Defendant. | Case No.:  3:07-cv-04130-CRB<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

The undersigned, counsel of record for Trench Plate Rental Company, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

///

1

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

| | PARTY | CONNECTION |
|---|---|---|
| 1 | | |
| 2 | California Sportsfishing Protection Alliance | Plaintiff |
| 3 | Trench Plate Rental Company | Defendant |

DATED: November 30, 2007

DONGELL LAWRENCE FINNEY LLP

By: _____
Jason M. Booth
Hillary Arrow Booth
Attorneys for Defendant Trench Plate Rental Company

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609.

On the date set forth below, I served the foregoing document described as follows: **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** on the interested parties in this action by placing ____ the original/ _X_ a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

### SEE ATTACHED SERVICE LIST

[ X ]  BY MAIL  I deposited such envelopes in the mail at Los Angeles, California. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

[  ]  BY PERSONAL SERVICE  I caused such envelope to be delivered by hand to the offices of the addressee(s).

[  ]  BY FEDEX  I caused such envelopes to be served via FedEx. I am readily familiar with the firm's practice of collection and processing of correspondence for FedEx. Under that practice it would be deposited in a box or other facility regularly maintained by FedEx for next day delivery.

[  ]  BY FACSIMILE MACHINE:  The foregoing document was transmitted to the attached named person(s) by facsimile transmission from (213) 943-6101 on said date and the transmission was reported as complete and without error.

[  ]  BY ELECTRONIC TRANSMISSION:  The foregoing document was transmitted via electronic mail to the addressee(s), at the e-mail address(es) indicated on the attached service list.

[ ]  (STATE)  I declare under penalty of perjury that the foregoing is true and correct.

[X]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 30, 2007, at Los Angeles, California.

_____
Desiree Caudillo

# SERVICE LIST
### California Sportfishing Protection Alliance v. Trench Plate Rental Co.
### USDC Case No. 3:07-cv-04130-CRB

| | |
|---|---|
| Michael R. Lozeau, Esq.<br>Douglas J. Chermak, Esq.<br>Law Office of Michael R. Lozeau<br>1516 Oak Street, Ste. 216<br>Alameda, CA  94501<br>Telephone:  (510) 749-9102<br>Facsimile:   (510) 749-9103<br>E-mail:        mrlozeau@lozeaulaw.com;<br>djchermak@lozeaulaw.com | *Attorneys for Plaintiff*<br>*California Sportfishing Protection*<br>*Alliance* |
| Andrew L. Packard, Esq.<br>Michael P. Lynes, Esq.<br>Law Offices of Andrew L. Packard<br>319 Pleasant Street<br>Petaluma, CA  94952<br>Telephone:  (707) 763-7227<br>Facsimile:   (707) 763-9227<br>E-mail:<br>andrew@packardlawoffices.com;<br>michael@packardlawoffices.com | *Attorneys for Plaintiff*<br>*California Sportfishing Protection*<br>*Alliance* |