1  JASON M. BOOTH (Bar No. 143437)
   Dongell Lawrence Finney
2  707 Wilshire Boulevard
   Los Angeles, CA  90017
3  Tel.: 213-943-6100
   Fax:  213-943-6101
4  jbooth@dlflawyers.com

5  Attorneys for Defendant
   TRENCH PLATE RENTAL COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 CALIFORNIA SPORTFISHING              Case No. 3:07-cv-04130-CRB
   PROTECTION ALLIANCE, a non-profit
11 corporation,                         **SUBSTITUTION OF ATTORNEYS**

12          Plaintiff,

13     v.

14 TRENCH PLATE RENTAL COMPANY,
   a corporation,
15
            Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEYS

TPRC 10080.1813

1   Defendant Trench Plate Rental Company ("Trench Plate") hereby substitutes the law firm
2   DONGELL LAWRENCE FINNEY, 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA
3   90017, (213) 943-6100 and Jason M. Booth, Esq., as its counsel of record instead and in place of
4   Heidi A. Timken and Ki Yun Hwang, Timken Johnson Hwang LLP, 500 Ygnacio Valley Road,
5   Suite 360, Walnut Creek, CA 94569, (925) 945-6211.

6   All further communication and documents in this matter should be directed to
7   Jason M. Booth at the address listed above.

8   Dated: November 19, 2007

9   HEIDI A. TIMKEN
    KI YUN HWANG
    Attorneys for Defendant
10  TRENCH PLATE RENTAL COMPANY

12  Dated: November 19, 2007

    JASON M. BOOTH
13  Attorneys for Defendant
    TRENCH PLATE RENTAL COMPANY

16  Dated: November ___, 2007

    JODIE C. WHITE, JR.
    General Manager
17  TRENCH PLATE RENTAL COMPANY

**IT IS SO ORDERED**
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

December 04, 2007

- 1 -

SUBSTITUTION OF ATTORNEYS

TPRC 10080.1813