1 | JASON M. BOOTH (Bar No. 143437)
2 | Dongell Lawrence Finney
  | 707 Wilshire Boulevard
  | Los Angeles, CA 90017
3 | Tel.: 213-943-6100
  | Fax: 213-943-6101
4 | jbooth@dlflawyers.com

5 | Attorneys for Defendant
  | TRENCH PLATE RENTAL COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | Case No. 3:07-cv-04130-CRB |
|---|---|
| Plaintiff, | **SUBSTITUTION OF ATTORNEYS** |
| v. | |
| TRENCH PLATE RENTAL COMPANY, a corporation, | |
| Defendant. | |

SUBSTITUTION OF ATTORNEYS

TPRC 10080.1813

1  Defendant Trench Plate Rental Company ("Trench Plate") hereby substitutes the law firm
2  DONGELL LAWRENCE FINNEY, 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA
3  90017, (213) 943-6100 and Jason M. Booth, Esq., as its counsel of record instead and in place of
4  Heidi A. Timken and Ki Yun Hwang, Timken Johnson Hwang LLP, 500 Ygnacio Valley Road,
5  Suite 360, Walnut Creek, CA 94569, (925) 945-6211.
6  All further communication and documents in this matter should be directed to
7  Jason M. Booth at the address listed above.
8  Dated: November 19, 2007

HEIDI A. TIMKEN
KI YUN HWANG
Attorneys for Defendant
TRENCH PLATE RENTAL COMPANY

Dated: November 19, 2007

JASON M. BOOTH
Attorneys for Defendant
TRENCH PLATE RENTAL COMPANY

Dated: November ___, 2007

JODIE C. WHITE, JR.
General Manager
TRENCH PLATE RENTAL COMPANY

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

December 04, 2007

- 1 -

SUBSTITUTION OF ATTORNEYS

TPRC 10080.1813