1  ANDREW L. PACKARD (Bar No. 168690)
   MICHAEL P. LYNES (Bar No. 230462)
2  Law Offices of Andrew L. Packard
3  319 Pleasant Street
   Petaluma, CA  94952
4  Tel:  (707) 763-7227
   Fax:  (707) 763-9229
5  Email:  andrew@packardlawoffices.com

6
   MICHAEL R. LOZEAU (CA Bar No. 142893)
7  Law Office of Michael R. Lozeau
   1516 Oak Street, Suite 216
8  Alameda, CA 94501
   Tel:  (510) 749-9102
9  Fax: (510) 749-9103
10 Email:  mrlozeau@lozeaulaw.com

11
   Attorneys for Plaintiff CALIFORNIA SPORTFISHING
12 PROTECTION ALLIANCE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation;<br><br>        Plaintiff,<br><br>    vs.<br><br>TRENCH PLATE RENTAL COMPANY, a corporation;<br><br>        Defendant. | Case No.  C-07-4130-CRB<br><br>**NOTICE OF SETTLEMENT**<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Complaint Filed: August 10, 2007<br>Hon. Charles R. Breyer |

TO THE CLERK OF THE COURT, ANY INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties to the above-captioned Clean Water Act citizen suit have reached a settlement.   That settlement is contingent upon the expiration of the federal agency 45-day review period.[1]

PLEASE TAKE FURTHER NOTICE that, in accordance with federal law, no judgment disposing of this action may be entered prior to 45 days following the receipt of the proposed settlement agreement by the United States Department of Justice and the national and Region IX offices of the United States Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)).  The regulatory agencies' review period will end by approximately February 5, 2008 (allowing forty-five days for agency review and approximately eight days for mailing time).  If any of the reviewing agencies object to the proposed agreement, the parties would require additional time to meet and confer and attempt to resolve the agencies' concerns.  Consequently, the parties submit that good cause exists to set February 15, 2008, as the date by which a Stipulation for Approval of Consent Agreement and Dismissal of Plaintiff's Claims With Prejudice or a Notice that the settlement is null and void, must be filed.

Date:  December 13, 2007           LAW OFFICES OF ANDREW L. PACKARD

*Michael Lynes*

Michael P. Lynes
Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

---

[1] Title 33 of the United States Code Section 1365(c) provides that "[n]o consent judgment shall be entered in an action in which the United States is not a party prior to 45-days following the receipt of a copy of the proposed consent judgment by the Attorney General and the Administrator."